


**FILED**

SEP 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; et al.,<br><br>　　Defendants - Appellees. | No. 24-1243<br><br>D.C. No. 1:22-cv-00411-DCN<br>District of Idaho, Boise<br><br>ORDER |

The answering brief submitted by Appellee Raul Labrador is filed.

Within 7 days of this order, Appellee Raul Labrador must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT