UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

DEC 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; et al.,<br><br>    Defendants - Appellees. | No. 24-1243<br><br>D.C. No. 1:22-cv-00411-DCN<br>District of Idaho, Boise<br><br>ORDER |

The Satanic Temple's Motion for Extension of Time to File its Reply Brief is GRANTED. The deadline to file a reply brief is extended to January 13, 2025. Because this is the third such extension, the panel notes that no further extensions will be granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT