UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; JAN M BENNETTS, in her capacity as Ada County Prosecutor; STATE OF IDAHO,<br><br>    Defendants - Appellees. | No. 24-1243<br><br>D.C. No. 1:22-cv-00411-DCN<br><br>District of Idaho, Boise<br><br>MANDATE |

The judgment of this Court, entered August 11, 2025 and amended September 02, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT